IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


UNITED STATES OF AMERICA

      v.                           :   No. 2:13-mj-100
                                                  MAGISTRATE JUDGE KEMP

JOSEPH LEE CHURCH


O R D E R

Upon application and for good cause shown, the United States' Motion (docket entry #9) to Dismiss Complaint is hereby granted. The complaint filed herein with the United States Magistrate against the named defendant is hereby dismissed. A certified copy of this Order shall be the authority of the United States Marshal and other persons concerned to act in the premises.


 May 23, 2013                                                          */s/ Terence P. Kemp*
DATE                                                                  United States Magistrate Judge